No. 8727.

## JOHNSON v. BURNS, ADM'R.

SUPREME COURT.— *Weight of Evidence.—Burden of Proof.*—The Supreme Court will not review the finding upon a question of fact, if supported by circumstantial evidence, though it be against the direct testimony of a number of witnesses, especially if the burden of proof was on the appellant.

From the Hendricks Circuit Court.

*L. A. Barnett,* for appellant.

*L. M. Campbell,* for appellee.

WOODS, J.—The appellant filed a claim against the appellee as administrator of the estate of Mary Ayers, for alleged services as an attorney in the defence of her son, against a charge of murder. The court refused to allow the claim, and the appellant insists that the decision is contrary to the evidence.

There was the direct testimony of four witnesses, including the appellant, who was called by the court, tending strongly to establish the claim; but there was very strong circumstantial evidence to the contrary. The settled practice of this court is not to reconsider the findings of the *nisi prius* courts upon questions of fact, if there is in the record any evidence which fairly tends to support the finding, and especially must this be so where the decision is against the party which had the burden of the issue.

Judgment affirmed, with costs.